# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0140
_____

JIMMY JOSUE GUTIERREZ
ESCOBAR,

Appellant,

v.

STATE OF FLORIDA,

Appellees.

_____

On appeal from the County Court for Okaloosa County.
Jonathan V. Schlechter, Judge.

November 3, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.